UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAREN FRIEDMAN,

                   Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                   Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2945 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 27 2006 ★
P.M.
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 23, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for the issuance of a favorable decision on plaintiff's claim for disabled childhood benefits; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for the issuance of a favorable decision on plaintiff's claim for disabled childhood benefits.

Dated: Brooklyn, New York
        March 23, 2006

/S/
ROBERT C. HEINEMANN
Clerk of Court